*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 10, 2015                    518700
_____

In the Matter of ALFONSO
    RIZZUTO,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____


Calendar Date:  October 27, 2015

Before:  Peters, P.J., McCarthy, Egan Jr. and Devine, JJ.

                    _____


        Alfonso Rizzuto, Duryea, Pennsylvania, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kathleen M.
Arnold of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination finding him guilty of violating a
prison disciplinary rule.  The Attorney General has advised this
Court that the disciplinary determination has since been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
In view of this, and given that petitioner has received all of

the relief to which he is entitled, the petition is dismissed as moot (see Matter of Shields v Prack, 131 AD3d 774, 774-775 [2015]; Matter of Proctor v Annucci, 131 AD3d 751 [2015]).

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court